LOTTIE SCHWITZER, as Administrator of the Estate of CHARLES SCHWITZER, Deceased, Respondent, v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD

COMPANY, Appellant.—

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.